# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Christian Ramos          BK NO. 19-02495 MJC

Debtor(s)

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of Nationstar Mortgage LLC and index same on the master mailing list.

Respectfully submitted,

/s/ *Michael Farrington*

Michael Farrington
01 May 2024, 11:29:35, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322

Document ID: 1a23da7a4d8df4aa13eaa2790404cb37f59236b0a03704fa5f0be032c86e6221
Case 5:19-bk-02495-MJC    Doc 37    Filed 05/03/24    Entered 05/03/24 08:32:23    Desc
Main Document      Page 1 of 1