**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

In Re:    CHRISTIAN RAMOS

                                    CHAPTER 13

              Debtor(s)

                                      CASE NO: 5-19-02495MJC

**FUNDS REMITTED TO COURT**

        Please find hereto check number 9019226 in the amount of $44.16 representing unclaimed funds owed to Creditor, Condor Capital Corporation.  The Trustee is remitting the funds owed to said Creditor to the U. S. Bankruptcy Court due to the fact that the Trustee has been unable to locate said Creditor.  Funds remitted to the address on file with the Court have been returned, and all attempts to contact Creditor to obtain a valid address have failed.

| Claim No. | Creditor | Amount |
|-----------|----------|--------|
| 011-1 | CONDOR CAPITAL CORPORATION<br>P.O. BOX 18027<br>HAUPPAUGE, NY   11788-8827 | $44.16 |

Dated:  September 17, 2024

                                       /s/ Donna Schott
                                       Office of the Standing Chapter 13 Trustee
                                       Jack N. Zaharopoulos
                                       Suite A, 8125 Adams Dr.
                                       Hummelstown, PA  17036
                                       Phone:  (717) 566-6097
                                       email: info@pamd13trustee.com