In re:

Christian Ramos

    Debtor

Case No. 19-02495-MJC

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5                      User: AutoDocke                      Page 1 of 2

Date Rcvd: Sep 18, 2024               Form ID: 3180W                 Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2024:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Christian Ramos, 501 Clinton St., Forest City, PA 18421-1505 |
| 5208670 | + | Condor Capital Corp, 165 Oser Avenue, PO Box 18072, Hauppauge, NY 11788-3710 |
| 5208673 | + | KW Oil Co Inc, 344 Main Street, PO Box 125, Forest City, PA 18421-0125 |
| 5211970 | + | Nationstar Mortgage LLC as servicer for USAA Feder, 8950 Cypress Waters Blvd, Coppell, Texas 75019-4620 |
| 5208676 | + | New York State Thruway Authority, 200 Southern Blvd., P.O. Box 189, Albany, NY 12201-0189 |
| 5208677 | + | Pennsylvania Department of Revenue, PO Box 281041, Harrisburg, PA 17128-1041 |
| 5494058 | + | USAA FEDERAL SAVINGS BANK, 2121 Waukegan Road,Suite 300, Bannockburn,Pennsylvania 60015-1831 |
| 5494059 | + | USAA FEDERAL SAVINGS BANK, 2121 Waukegan Road,Suite 300, Bannockburn,Pennsylvania 60015, USAA FEDERAL SAVINGS BANK, 2121 Waukegan Road,Suite 300 Bannockburn,Pennsylvania 60015-1831 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | + | EDI: PRA.COM | Sep 18 2024 22:40:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: RASEBN@raslg.com | Sep 18 2024 18:41:00 | USAA Federal Savings Bank, Robertson, Anschut, Schneid & Crane LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 5208669 | + | EDI: PENNDEPTREV | Sep 18 2024 22:40:00 | Commonwealth of Pennsylvania, Dept of Revenue - Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5208669 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 18 2024 18:42:00 | Commonwealth of Pennsylvania, Dept of Revenue - Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5208671 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 18 2024 18:42:00 | Dept Of Education/Neln, 121 S 13th St, Lincoln, NE 68508-1904 |
| 5208672 | + | EDI: IRS.COM | Sep 18 2024 22:40:00 | Internal Revenue Service, Centralized Insolvency Operation, P. O. Box 7346, Philadelphia, PA 19101-7346 |
| 5208675 | | Email/Text: bankruptcynotice@nymcu.org | Sep 18 2024 18:42:00 | Municipal Credit Union, 22 Cortlandt St, New York, NY 10007 |
| 5208674 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 18 2024 18:42:00 | Midland Funding, 350 Camino De La Reina S, San Diego, CA 92108-3007 |
| 5226302 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 18 2024 18:42:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5235860 | | EDI: PRA.COM | Sep 18 2024 22:40:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5208678 | + | EDI: PRA.COM | Sep 18 2024 22:40:00 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 5208937 | ^ | MEBN | | |

| | | | |
|---|---|---|---|
| | | Sep 18 2024 18:39:04 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5212603 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Sep 18 2024 18:42:00 | US Department of Education c/o Nelnet, 121 S 13th St, Suite 201, Lincoln, NE 68508-1911 |
| 5229241 | + Email/Text: nsm_bk_notices@mrcooper.com | Sep 18 2024 18:41:00 | USAA Federal Savings Bank, C/O Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 75261-9096 |
| 5208679 | + Email/Text: nsm_bk_notices@mrcooper.com | Sep 18 2024 18:41:00 | Usaa, 350 Highland, Houston, TX 77009-6623 |

TOTAL: 15

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2024      Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher A DeNardo | on behalf of Creditor USAA Federal Savings Bank logsecf@logs.com  cistewart@logs.com |
| Denise E. Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Kristen D Little | on behalf of Creditor NATIONSTAR MORTGAGE LLC KRLITTLE@FIRSTAM.COM |
| Patrick James Best | on behalf of Debtor 1 Christian Ramos patrick@armlawyers.com  hannah@armlawyers.com;notices@nextchapterbk.com |
| Roger Fay | on behalf of Creditor NATIONSTAR MORTGAGE LLC rfay@alaw.net |
| Sindi Mncina | on behalf of Creditor USAA Federal Savings Bank smncina@raslg.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

| | | |
|---|---|---|
| Debtor 1 | **Christian Ramos** | Social Security number or ITIN   xxx–xx–9696 |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 | | Social Security number or ITIN  _ _ _ _ |
| (Spouse, if filing) | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:19–bk–02495–MJC | |

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Christian Ramos

**By the court:**

9/18/24

Mark J. Conway, United States
Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- ♦ some debts which the debtors did not properly list;

- ♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- ♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- ♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W **Chapter 13 Discharge** page 2