UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re: Christian Ramos

Case No.: 5-19-02495 MJC

Chapter 13

**Debtor(s)**

# NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

### PART 1: MORTGAGE INFORMATION

| | |
|---|---|
| Creditor Name: | Nationstar |
| Court Claim Number: | 04 |
| Last Four of Loan Number: | 5251 |
| Property Address if applicable: | 501 Clinton St |

### PART 2: CURE AMOUNT

**Total cure disbursement made by the trustee:**

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $12,238.74 |
| b. | Prepetition arrearages paid by the trustee: | $12,238.74 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $1,358.30 |
| f. | Postpetition arrearage paid by the trustee: | $1,358.30 |
| g. | Total b, d, and f: | $13,597.04 |

### PART 3: POSTPETITION MORTGAGE PAYMENT

| | |
|---|---|
| Mortgage was paid through the Trustee from July 2019 to June 2024 | |
| Current monthly mortgage payment: | $741.56 |
| The next post-petition payment was due on: | July 2024 |

### PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs

and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response.  Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated:  September 24, 2024                                    Respectfully submitted,


                                                                              /s/ Jack N. Zaharopoulos
                                                                              Standing Chapter 13 Trustee
                                                                              Suite A, 8125 Adams Drive
                                                                              Hummelstown, PA  17036
                                                                              Phone:  (717) 566-6097
                                                                              Fax:  (717) 566-8313
                                                                              email:  info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re: Christian Ramos

Case No.: 5-19-02495 MJC

Chapter 13

**Debtor(s)**

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on September 24, 2024, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Patrick J. Best, Esquire
Anders Riegel & Masington
18 N. 18th St
Stroudsburg PA 18360

**Served by First Class Mail**
Nationstar Mtg, LLC
PO Box 619096
Dallas TX 75261-9741

Christian Ramos
501 Clinton St
Forest City PA 18421

I certify under penalty of perjury that the foregoing is true and correct.

Date: September 24, 2024

/s/ Liz Joyce
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

# Disbursements for Claim

Case: 19-02495    CHRISTIAN RAMOS

**NATIONSTAR MORTGAGE,LLC**
PO BOX 619094

DALLAS, TX  75261-9741

Acct No: 5251

Sequence: 07
Modify:
Filed Date:
Hold Code:

| | | | |
|---|---|---|---|
| Amt Sched: $0.00 | Debt: $42,098.19 | Interest Paid: $0.00 | |
| Amt Due: $741.56 | Paid: $42,098.19 | Accrued Int: $0.00 | |
| | | Balance Due: $0.00 | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |

**5010    NATIONSTAR MORTGAGE,LLC**

| Claim | Name | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|
| 501-0 | NATIONSTAR MORTGAGE,LLC | 06/18/2024 | 2037463 | $741.56 | $0.00 | $741.56 | 06/28/2024 |
| | Payment for 6/2024 | | | | | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | 05/22/2024 | 2036554 | $741.56 | $0.00 | $741.56 | 06/03/2024 |
| | Payment for 5/2024 | | | | | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | 04/17/2024 | 2035548 | $741.56 | $0.00 | $741.56 | 04/25/2024 |
| | Payment for 4/2024 | | | | | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | 03/14/2024 | 2034584 | $741.56 | $0.00 | $741.56 | 03/27/2024 |
| | Payment for 3/2024 | | | | | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | 02/14/2024 | 2033622 | $741.56 | $0.00 | $741.56 | 02/28/2024 |
| | Payment for 2/2024 | | | | | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | 01/12/2024 | 2032701 | $741.56 | $0.00 | $741.56 | 01/24/2024 |
| | Payment for 1/2024 | | | | | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | 12/19/2023 | 2031798 | $741.56 | $0.00 | $741.56 | 01/03/2024 |
| | Payment for 12/2023 | | | | | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | 11/15/2023 | 2030841 | $741.56 | $0.00 | $741.56 | 11/29/2023 |
| | Payment for 11/2023 | | | | | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | 10/18/2023 | 2029892 | $741.56 | $0.00 | $741.56 | 11/01/2023 |
| | Payment for 10/2023 | | | | | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | 09/19/2023 | 2028905 | $741.56 | $0.00 | $741.56 | 09/29/2023 |
| | Payment for 9/2023 | | | | | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | 08/09/2023 | 2027884 | $741.56 | $0.00 | $741.56 | 08/17/2023 |
| | Payment for 8/2023 | | | | | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | 07/11/2023 | 2026906 | $741.56 | $0.00 | $741.56 | 07/20/2023 |
| | Payment for 7/2023 | | | | | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | 06/13/2023 | 2025988 | $710.00 | $0.00 | $710.00 | 06/23/2023 |
| | Payment for 6/2023 | | | | | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | 05/16/2023 | 2025046 | $710.00 | $0.00 | $710.00 | 05/26/2023 |
| | Payment for 5/2023 | | | | | | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total DisbDescrp | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 04/18/2023 | 2024029 | $710.00 | $0.00 | $710.00 | 04/28/2023 |
| | | | | | | | Payment for 4/2023 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 03/15/2023 | 2023007 | $710.00 | $0.00 | $710.00 | 03/24/2023 |
| | | | | | | | Payment for 3/2023 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 02/15/2023 | 2021996 | $710.00 | $0.00 | $710.00 | 02/24/2023 |
| | | | | | | | Payment for 2/2023 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 01/18/2023 | 2020997 | $710.00 | $0.00 | $710.00 | 01/26/2023 |
| | | | | | | | Payment for 1/2023 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 12/13/2022 | 2019996 | $710.00 | $0.00 | $710.00 | 12/22/2022 |
| | | | | | | | Payment for 12/2022 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 11/16/2022 | 2019046 | $710.00 | $0.00 | $710.00 | 12/09/2022 |
| | | | | | | | Payment for 11/2022 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 10/18/2022 | 2018003 | $710.00 | $0.00 | $710.00 | 10/27/2022 |
| | | | | | | | Payment for 10/2022 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 09/13/2022 | 2016948 | $710.00 | $0.00 | $710.00 | 09/22/2022 |
| | | | | | | | Payment for 9/2022 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 08/17/2022 | 2015924 | $710.00 | $0.00 | $710.00 | 08/25/2022 |
| | | | | | | | Payment for 8/2022 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 07/13/2022 | 2014862 | $710.00 | $0.00 | $710.00 | 07/21/2022 |
| | | | | | | | Payment for 7/2022 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 06/14/2022 | 2013897 | $733.16 | $0.00 | $733.16 | 06/24/2022 |
| | | | | | | | Payment for 6/2022 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 05/17/2022 | 2012858 | $733.16 | $0.00 | $733.16 | 05/25/2022 |
| | | | | | | | Payment for 5/2022 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 04/12/2022 | 2011784 | $733.16 | $0.00 | $733.16 | 04/21/2022 |
| | | | | | | | Payment for 4/2022 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 03/16/2022 | 2010766 | $733.16 | $0.00 | $733.16 | 03/24/2022 |
| | | | | | | | Payment for 3/2022 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 02/16/2022 | 2009783 | $733.16 | $0.00 | $733.16 | 02/28/2022 |
| | | | | | | | Payment for 2/2022 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 01/19/2022 | 2008803 | $733.16 | $0.00 | $733.16 | 02/01/2022 |
| | | | | | | | Payment for 1/2022 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 12/15/2021 | 2007796 | $733.16 | $0.00 | $733.16 | 12/24/2021 |
| | | | | | | | Payment for 12/2021 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 11/16/2021 | 2006770 | $733.16 | $0.00 | $733.16 | 11/24/2021 |
| | | | | | | | Payment for 11/2021 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 10/14/2021 | 2005742 | $733.16 | $0.00 | $733.16 | 10/21/2021 |
| | | | | | | | Payment for 10/2021 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 09/14/2021 | 2004697 | $733.16 | $0.00 | $733.16 | 09/22/2021 |
| | | | | | | | Payment for 9/2021 | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total DisbDescrp | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 08/18/2021 | 2003689 | $733.16 | $0.00 | $733.16 | 09/03/2021 |
| | | | | | | | Payment for 8/2021 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 07/14/2021 | 2002622 | $733.16 | $0.00 | $733.16 | 07/22/2021 |
| | | | | | | | Payment for 7/2021 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 06/16/2021 | 2001643 | $814.10 | $0.00 | $814.10 | 06/24/2021 |
| | | | | | | | Payment for 6/2021 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 05/18/2021 | 2000632 | $814.10 | $0.00 | $814.10 | 05/28/2021 |
| | | | | | | | Payment for 5/2021 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 04/15/2021 | 1229258 | $814.10 | $0.00 | $814.10 | 04/23/2021 |
| | | | | | | | Payment for 4/2021 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 03/17/2021 | 1228239 | $814.10 | $0.00 | $814.10 | 03/26/2021 |
| | | | | | | | Payment for 3/2021 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 02/17/2021 | 1227224 | $814.10 | $0.00 | $814.10 | 03/01/2021 |
| | | | | | | | Payment for 2/2021 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 01/19/2021 | 1226204 | $814.10 | $0.00 | $814.10 | 01/27/2021 |
| | | | | | | | Payment for 1/2021 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 12/10/2020 | 1224418 | $814.10 | $0.00 | $814.10 | 12/17/2020 |
| | | | | | | | Payment for 12/2020 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 11/03/2020 | 1223482 | $814.10 | $0.00 | $814.10 | 11/12/2020 |
| | | | | | | | Payment for 11/2020 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 10/15/2020 | 1222650 | $814.10 | $0.00 | $814.10 | 10/23/2020 |
| | | | | | | | Payment for 10/2020 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 09/17/2020 | 1221653 | $814.10 | $0.00 | $814.10 | 09/24/2020 |
| | | | | | | | Payment for 9/2020 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 08/12/2020 | 1220592 | $814.10 | $0.00 | $814.10 | 08/19/2020 |
| | | | | | | | Payment for 8/2020 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 07/07/2020 | 1219555 | $814.10 | $0.00 | $814.10 | 07/21/2020 |
| | | | | | | | Payment for 7/2020 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 06/02/2020 | 1218523 | $679.15 | $0.00 | $679.15 | 06/12/2020 |
| | | | | | | | Payment for 6/2020 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 05/06/2020 | 1217556 | $679.15 | $0.00 | $679.15 | 05/15/2020 |
| | | | | | | | Payment for 5/2020 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 04/14/2020 | 1216515 | $679.15 | $0.00 | $679.15 | 04/23/2020 |
| | | | | | | | Payment for 4/2020 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 03/12/2020 | 1215233 | $679.15 | $0.00 | $679.15 | 03/19/2020 |
| | | | | | | | Payment for 2/2020 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 03/12/2020 | 1215233 | $679.15 | $0.00 | $679.15 | 03/19/2020 |
| | | | | | | | Payment for 3/2020 | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 02/13/2020 | 1213919 | $679.15 | $0.00 | $679.15 | 02/21/2020 |
| | | | | | | | Payment for 1/2020 | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 12/12/2019 | 1211208 | $679.15 | $0.00 | $679.15 | 12/19/2019 |
| | | | | | DisbDescrp: Payment for 11/2019 | | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 12/12/2019 | 1211208 | $679.15 | $0.00 | $679.15 | 12/19/2019 |
| | | | | | DisbDescrp: Payment for 12/2019 | | | |
| 501-0 | NATIONSTAR MORTGAGE,LLC | | 08/07/2019 | 1206086 | $679.15 | $0.00 | $679.15 | 08/20/2019 |
| | | | | | DisbDescrp: Payment for 7/2019 | | | |

|  | Sub-totals: | $42,098.19 | $0.00 | $42,098.19 |
|---|---|---|---|---|
|  | Grand Total: | $42,098.19 | $0.00 | |

# Disbursements for Claim

**Case:** 19-02495     **CHRISTIAN RAMOS**

**NATIONSTAR MORTGAGE**
PO BOX 619094

DALLAS, TX  75261-9741

Acct No: 5251/POST ARREARS/501-50:

Sequence: 24
Modify:
Filed Date: 7/30/2019 12:00:00AM
Hold Code:

|  |  |  |  |
|---|---|---|---|
| Amt Sched: $0.00 | Debt: $1,358.30 | Interest Paid: $0.00 | |
| Amt Due: $0.00 | Paid: $1,358.30 | Accrued Int: $0.00 | |
|  |  | Balance Due: $0.00 | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | DisbDescrp |  |  |
| **5210** | **NATIONSTAR MORTGAGE** | | | | | | | |
| 521-0 | NATIONSTAR MORTGAGE | | 05/22/2024 | 2036549 | $23.99 | $0.00 | $23.99 | 06/03/2024 |
| 521-0 | NATIONSTAR MORTGAGE | | 04/17/2024 | 2035543 | $33.36 | $0.00 | $33.36 | 04/25/2024 |
| 521-0 | NATIONSTAR MORTGAGE | | 03/14/2024 | 2034579 | $33.37 | $0.00 | $33.37 | 03/27/2024 |
| 521-0 | NATIONSTAR MORTGAGE | | 02/14/2024 | 2033617 | $33.36 | $0.00 | $33.36 | 02/28/2024 |
| 521-0 | NATIONSTAR MORTGAGE | | 01/12/2024 | 2032695 | $42.51 | $0.00 | $42.51 | 01/24/2024 |
| 521-0 | NATIONSTAR MORTGAGE | | 12/19/2023 | 2031792 | $24.22 | $0.00 | $24.22 | 01/03/2024 |
| 521-0 | NATIONSTAR MORTGAGE | | 11/15/2023 | 2030835 | $42.51 | $0.00 | $42.51 | 11/29/2023 |
| 521-0 | NATIONSTAR MORTGAGE | | 10/18/2023 | 2029887 | $33.36 | $0.00 | $33.36 | 11/01/2023 |
| 521-0 | NATIONSTAR MORTGAGE | | 09/19/2023 | 2028900 | $42.51 | $0.00 | $42.51 | 09/29/2023 |
| 521-0 | NATIONSTAR MORTGAGE | | 08/09/2023 | 2027879 | $38.85 | $0.00 | $38.85 | 08/17/2023 |
| 521-0 | NATIONSTAR MORTGAGE | | 07/11/2023 | 2026901 | $38.56 | $0.00 | $38.56 | 07/25/2023 |
| 521-0 | NATIONSTAR MORTGAGE | | 06/13/2023 | 2025984 | $38.72 | $0.00 | $38.72 | 06/23/2023 |
| 521-0 | NATIONSTAR MORTGAGE | | 05/16/2023 | 2025040 | $34.57 | $0.00 | $34.57 | 05/26/2023 |
| 521-0 | NATIONSTAR MORTGAGE | | 04/18/2023 | 2024023 | $34.55 | $0.00 | $34.55 | 04/28/2023 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| 521-0 | NATIONSTAR MORTGAGE | | 03/15/2023 | 2023001 | $34.57 | $0.00 | $34.57 | 03/24/2023 |
| 521-0 | NATIONSTAR MORTGAGE | | 02/15/2023 | 2021990 | $34.55 | $0.00 | $34.55 | 02/24/2023 |
| 521-0 | NATIONSTAR MORTGAGE | | 01/18/2023 | 2020989 | $34.56 | $0.00 | $34.56 | 01/26/2023 |
| 521-0 | NATIONSTAR MORTGAGE | | 12/13/2022 | 2019989 | $34.56 | $0.00 | $34.56 | 12/22/2022 |
| 521-0 | NATIONSTAR MORTGAGE | | 11/16/2022 | 2019038 | $34.56 | $0.00 | $34.56 | 12/14/2022 |
| 521-0 | NATIONSTAR MORTGAGE | | 10/18/2022 | 2017995 | $34.55 | $0.00 | $34.55 | 10/27/2022 |
| 521-0 | NATIONSTAR MORTGAGE LLC | | 09/13/2022 | 2016945 | $40.16 | $0.00 | $40.16 | 09/22/2022 |
| 521-0 | NATIONSTAR MORTGAGE LLC | | 08/17/2022 | 2015920 | $40.15 | $0.00 | $40.15 | 08/25/2022 |
| 521-0 | NATIONSTAR MORTGAGE LLC | | 07/13/2022 | 2014858 | $38.04 | $0.00 | $38.04 | 07/21/2022 |
| 521-0 | NATIONSTAR MORTGAGE LLC | | 06/14/2022 | 2013894 | $30.57 | $0.00 | $30.57 | 06/24/2022 |
| 521-0 | NATIONSTAR MORTGAGE LLC | | 05/17/2022 | 2012854 | $30.58 | $0.00 | $30.58 | 05/25/2022 |
| 521-0 | NATIONSTAR MORTGAGE LLC | | 04/12/2022 | 2011780 | $30.58 | $0.00 | $30.58 | 04/21/2022 |
| 521-0 | NATIONSTAR MORTGAGE LLC | | 03/16/2022 | 2010763 | $20.64 | $0.00 | $20.64 | 03/24/2022 |
| 521-0 | NATIONSTAR MORTGAGE LLC | | 02/16/2022 | 2009780 | $40.11 | $0.00 | $40.11 | 02/28/2022 |
| 521-0 | NATIONSTAR MORTGAGE LLC | | 01/19/2022 | 2008800 | $30.58 | $0.00 | $30.58 | 02/01/2022 |
| 521-0 | NATIONSTAR MORTGAGE LLC | | 12/15/2021 | 2007793 | $30.18 | $0.00 | $30.18 | 12/24/2021 |
| 521-0 | NATIONSTAR MORTGAGE LLC | | 11/16/2021 | 2006767 | $30.57 | $0.00 | $30.57 | 11/24/2021 |
| 521-0 | NATIONSTAR MORTGAGE LLC | | 10/14/2021 | 2005738 | $30.19 | $0.00 | $30.19 | 10/21/2021 |
| 521-0 | NATIONSTAR MORTGAGE LLC | | 09/14/2021 | 2004693 | $33.26 | $0.00 | $33.26 | 09/22/2021 |
| 521-0 | NATIONSTAR MORTGAGE LLC | | 08/18/2021 | 2003685 | $33.26 | $0.00 | $33.26 | 08/27/2021 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 521-0 | NATIONSTAR MORTGAGE LLC | | 07/14/2021 | 2002618 | $33.46 | $0.00 | $33.46 | 07/22/2021 |
| 521-0 | NATIONSTAR MORTGAGE LLC | | 06/16/2021 | 2001640 | $32.90 | $0.00 | $32.90 | 06/24/2021 |
| 521-0 | NATIONSTAR MORTGAGE LLC | | 05/18/2021 | 2000629 | $32.90 | $0.00 | $32.90 | 05/28/2021 |
| 521-0 | NATIONSTAR MORTGAGE LLC | | 04/15/2021 | 1229255 | $29.35 | $0.00 | $29.35 | 04/23/2021 |
| 521-0 | NATIONSTAR MORTGAGE LLC | | 03/17/2021 | 1228236 | $29.74 | $0.00 | $29.74 | 03/26/2021 |
| 521-0 | NATIONSTAR MORTGAGE LLC | | 02/17/2021 | 1227221 | $39.29 | $0.00 | $39.29 | 03/01/2021 |

**Sub-totals:** $1,358.30  $0.00  $1,358.30

**Grand Total:** $1,358.30  $0.00

# Disbursements for Claim

**Case:** 19-02495  CHRISTIAN RAMOS

NATIONSTAR MORTGAGE  
PO BOX 619094  

DALLAS, TX  75261-9741  

Acct No: 5251/PRE ARREARS/501-503

Sequence: 24  
Modify:  
Filed Date: 7/30/2019 12:00:00AM  
Hold Code:

| | | | |
|---|---|---|---|
| Amt Sched: $90,873.00 | Debt: $12,238.74 | Interest Paid: $0.00 |
| Amt Due: $0.00 | Paid: $12,238.74 | Accrued Int: $0.00 |
| | | Balance Due: $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **5200** | **NATIONSTAR MORTGAGE** | | | | | | | |
| 520-0 | NATIONSTAR MORTGAGE | | 05/22/2024 | 2036549 | $216.12 | $0.00 | $216.12 | 06/03/2024 |
| 520-0 | NATIONSTAR MORTGAGE | | 04/17/2024 | 2035543 | $300.63 | $0.00 | $300.63 | 04/25/2024 |
| 520-0 | NATIONSTAR MORTGAGE | | 03/14/2024 | 2034579 | $300.62 | $0.00 | $300.62 | 03/27/2024 |
| 520-0 | NATIONSTAR MORTGAGE | | 02/14/2024 | 2033617 | $300.63 | $0.00 | $300.63 | 02/28/2024 |
| 520-0 | NATIONSTAR MORTGAGE | | 01/12/2024 | 2032695 | $383.00 | $0.00 | $383.00 | 01/24/2024 |
| 520-0 | NATIONSTAR MORTGAGE | | 12/19/2023 | 2031792 | $218.25 | $0.00 | $218.25 | 01/03/2024 |
| 520-0 | NATIONSTAR MORTGAGE | | 11/15/2023 | 2030835 | $383.00 | $0.00 | $383.00 | 11/29/2023 |
| 520-0 | NATIONSTAR MORTGAGE | | 10/18/2023 | 2029886 | $300.63 | $0.00 | $300.63 | 11/01/2023 |
| 520-0 | NATIONSTAR MORTGAGE | | 09/19/2023 | 2028900 | $383.00 | $0.00 | $383.00 | 09/29/2023 |
| 520-0 | NATIONSTAR MORTGAGE | | 08/09/2023 | 2027879 | $350.05 | $0.00 | $350.05 | 08/17/2023 |
| 520-0 | NATIONSTAR MORTGAGE | | 07/11/2023 | 2026901 | $347.45 | $0.00 | $347.45 | 07/25/2023 |
| 520-0 | NATIONSTAR MORTGAGE | | 06/13/2023 | 2025984 | $348.95 | $0.00 | $348.95 | 06/23/2023 |
| 520-0 | NATIONSTAR MORTGAGE | | 05/16/2023 | 2025040 | $311.38 | $0.00 | $311.38 | 05/26/2023 |
| 520-0 | NATIONSTAR MORTGAGE | | 04/18/2023 | 2024023 | $311.39 | $0.00 | $311.39 | 04/28/2023 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | DisbDescrp | | |
| 520-0 | NATIONSTAR MORTGAGE | | 03/15/2023 | 2023001 | $311.38 | $0.00 | $311.38 | 03/24/2023 |
| 520-0 | NATIONSTAR MORTGAGE | | 02/15/2023 | 2021990 | $311.38 | $0.00 | $311.38 | 02/24/2023 |
| 520-0 | NATIONSTAR MORTGAGE | | 01/18/2023 | 2020989 | $311.39 | $0.00 | $311.39 | 01/26/2023 |
| 520-0 | NATIONSTAR MORTGAGE | | 12/13/2022 | 2019989 | $311.38 | $0.00 | $311.38 | 12/22/2022 |
| 520-0 | NATIONSTAR MORTGAGE | | 11/16/2022 | 2019038 | $311.39 | $0.00 | $311.39 | 12/14/2022 |
| 520-0 | NATIONSTAR MORTGAGE | | 10/18/2022 | 2017995 | $311.38 | $0.00 | $311.38 | 10/27/2022 |
| 520-0 | NATIONSTAR MORTGAGE LLC | | 09/13/2022 | 2016945 | $361.80 | $0.00 | $361.80 | 09/22/2022 |
| 520-0 | NATIONSTAR MORTGAGE LLC | | 08/17/2022 | 2015920 | $361.80 | $0.00 | $361.80 | 08/25/2022 |
| 520-0 | NATIONSTAR MORTGAGE LLC | | 07/13/2022 | 2014858 | $342.72 | $0.00 | $342.72 | 07/21/2022 |
| 520-0 | NATIONSTAR MORTGAGE LLC | | 06/14/2022 | 2013894 | $275.50 | $0.00 | $275.50 | 06/24/2022 |
| 520-0 | NATIONSTAR MORTGAGE LLC | | 05/17/2022 | 2012854 | $275.50 | $0.00 | $275.50 | 05/25/2022 |
| 520-0 | NATIONSTAR MORTGAGE LLC | | 04/12/2022 | 2011780 | $275.50 | $0.00 | $275.50 | 04/21/2022 |
| 520-0 | NATIONSTAR MORTGAGE LLC | | 03/16/2022 | 2010763 | $185.92 | $0.00 | $185.92 | 03/24/2022 |
| 520-0 | NATIONSTAR MORTGAGE LLC | | 02/16/2022 | 2009780 | $361.50 | $0.00 | $361.50 | 02/28/2022 |
| 520-0 | NATIONSTAR MORTGAGE LLC | | 01/19/2022 | 2008800 | $275.50 | $0.00 | $275.50 | 02/01/2022 |
| 520-0 | NATIONSTAR MORTGAGE LLC | | 12/15/2021 | 2007793 | $271.93 | $0.00 | $271.93 | 12/24/2021 |
| 520-0 | NATIONSTAR MORTGAGE LLC | | 11/16/2021 | 2006767 | $275.50 | $0.00 | $275.50 | 11/24/2021 |
| 520-0 | NATIONSTAR MORTGAGE LLC | | 10/14/2021 | 2005738 | $271.92 | $0.00 | $271.92 | 10/21/2021 |
| 520-0 | NATIONSTAR MORTGAGE LLC | | 09/14/2021 | 2004693 | $299.73 | $0.00 | $299.73 | 09/22/2021 |
| 520-0 | NATIONSTAR MORTGAGE LLC | | 08/18/2021 | 2003685 | $299.72 | $0.00 | $299.72 | 08/27/2021 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 520-0 | NATIONSTAR MORTGAGE LLC | | 07/14/2021 | 2002618 | $301.41 | $0.00 | $301.41 | 07/22/2021 |
| 520-0 | NATIONSTAR MORTGAGE LLC | | 06/16/2021 | 2001640 | $296.48 | $0.00 | $296.48 | 06/24/2021 |
| 520-0 | NATIONSTAR MORTGAGE LLC | | 05/18/2021 | 2000629 | $296.47 | $0.00 | $296.47 | 05/28/2021 |
| 520-0 | NATIONSTAR MORTGAGE LLC | | 04/15/2021 | 1229255 | $264.34 | $0.00 | $264.34 | 04/23/2021 |
| 520-0 | NATIONSTAR MORTGAGE LLC | | 03/17/2021 | 1228236 | $268.06 | $0.00 | $268.06 | 03/26/2021 |
| 520-0 | NATIONSTAR MORTGAGE LLC | | 02/17/2021 | 1227221 | $264.35 | $0.00 | $264.35 | 03/01/2021 |
| 520-0 | NATIONSTAR MORTGAGE LLC | | 01/19/2021 | 1226201 | $89.69 | $0.00 | $89.69 | 01/27/2021 |

Sub-totals: $12,238.74    $0.00    $12,238.74

Grand Total: $12,238.74    $0.00