Fill in this information to identify the case:

Debtor 1     Christian  Ramos

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Middle District of PA

Case number   19-02495 MJC

# Form 4100R

# Response to Notice of Final Cure Payment                                                10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of Creditor:**   Nationstar Mortgage LLC         **Court claim no. (if known):**  4

**Last 4 digits** of any number you use to identify the debtor's account:   5251
**Property address:**
   501 Clinton Street
   Vandling, PA 18421

## Part 2: Prepetition Default Payments

Check one:

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:     $ _____

## Part 3: Postpetition Mortgage Payment

Check one:

[ ] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:

[X] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:
a.   Total postpetition ongoing payments due:                       (a)        $ 2,072.14
b.   Total fees, charges, expenses, escrow, and costs outstanding:  + (b)      $ 0.00
c.   **Total.** Add lines a and b.                                  (c)        $ 2,072.14

Creditor asserts that the debtor(s) are contractually obligated for   07 / 01 / 2024
the postpetition payment(s) that first became due on:

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

x /s/ *Brent J. Lemon*
Brent Lemon
04 Oct 2024, 08:38:17, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 16106
215-627-1322
bkgroup@kmllawgroup.com
Attorney for Creditor

Date   10/04/2024

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Christian Ramos**<br>　　　　　　　　Debtor(s) | **BK NO. 19-02495 MJC** |
| **Nationstar Mortgage LLC**<br>　　　　　　　　Movant<br>　　vs.<br>**Christian Ramos**<br>　　　　　　　　Debtor(s)<br>**Jack N. Zaharopoulos**,<br>　　　　　　　　Trustee | **Chapter 13**<br><br>**Related to Claim No. 4** |

## CERTIFICATE OF SERVICE
## RESPONSE TO NOTICE OF FINAL CURE MORTGAGE PAYMENT

I, Brent J. Lemon of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on October 10, 2024, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Christian Ramos
501 Clinton Street
Forest City, PA 18421

Attorney for Debtor(s) (via ECF)
Patrick James Best
ARM Lawyers
18 North 8th Street
Stroudsburg, PA 18360

Trustee (via ECF)
Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Method of Service: electronic means or first-class mail.

Dated: October 10, 2024

　　　　　　　　　　　　　　　　*/s/ Brent J. Lemon*
　　　　　　　　　　　　　　　　Brent J. Lemon
　　　　　　　　　　　　　　　　Attorney I.D. 86478
　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　(412) 475-8764
　　　　　　　　　　　　　　　　blemon@kmllawgroup.com

## Motion For Relief Information
### Pre-Petition Ledger

| Filed By: | CHRISTIAN RAMOS |
|---|---|
| Case Number: | 1902495 |
| Filing Date: | 06/07/19 |

| | POC Figures | Comments |
|---|---|---|
| Payments | $5,401.11 | 13 Payments |
| Prepetition | $2,808.35 | |
| Escrow | $2,172.20 | |
| Escrow | $2,121.51 | |
| NSF Fees | | |
| FCL fees and Cost | | |
| ATTY FEES | | |
| FILING FEES | | |
| TITLE FEES | | |
| PROPERTY INSPEC | | |
| BK FEES | | |
| Other fees | | |
| Others | $1,358.30 | 2 Gap payment(07/01/2019 - 08/1/2019) |
| Suspense | $264.43 | |
| Total POC | $13,597.04 | |

### Trustee Disbursements

| Payment Received | Principal Received | POC Balance | Applied To | Payment Applied | Payment Applied | Additional Escrow Applied | Additional Escrow Applied | Fees/Costs/Corp Applied | Fees/Costs/Corp Applied | Payment Suspense | LSAMS Trustee Suspense Balance | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (Date) | | $ 13,597.04 | (Date) | | $ 6,232.05 | | $ 3,766.35 | | $ 2,808.35 | | $ 264.43 | |
| | | $ 13,597.04 | | | $ 6,232.05 | | $ 3,766.35 | | $ 2,808.35 | $ - | $ 264.43 | |
| | | $ 13,597.04 | | | $ 6,232.05 | | $ 3,766.35 | | $ 2,808.35 | $ - | $ 264.43 | |
| | | $ 13,597.04 | | | $ 6,232.05 | | $ 3,766.35 | | $ 2,808.35 | $ - | $ 264.43 | |
| | | $ 13,597.04 | | | $ 6,232.05 | | $ 3,766.35 | | $ 2,808.35 | $ - | $ 264.43 | |
| | | $ 13,597.04 | | | $ 6,232.05 | | $ 3,766.35 | | $ 2,808.35 | | $ 264.43 | |
| 01/25/21 | $ 89.69 | $ 13,507.35 | | | $ 6,232.05 | | $ 3,766.35 | | $ 2,808.35 | $ 89.69 | $ 354.12 | |
| 02/24/21 | $ 264.35 | $ 13,243.00 | | | $ 6,232.05 | | $ 3,766.35 | | $ 2,808.35 | $ 264.35 | $ 618.47 | |
| 02/24/21 | $ 39.29 | $ 13,203.71 | | | $ 6,232.05 | | $ 3,766.35 | | $ 2,808.35 | $ 39.29 | $ 657.76 | |
| 03/23/21 | $ 268.06 | $ 12,935.65 | | | $ 6,232.05 | | $ 3,766.35 | | $ 2,808.35 | $ 268.06 | $ 925.82 | |
| 03/23/21 | $ 29.74 | $ 12,905.91 | | | $ 6,232.05 | | $ 3,766.35 | | $ 2,808.35 | $ 29.74 | $ 955.56 | |
| 03/23/21 | | $ 12,905.91 | 06/01/18 | $ 415.47 | $ 5,816.58 | $ 263.68 | $ 3,502.67 | | $ 2,808.35 | $ (679.15) | $ 276.41 | |
| 04/21/21 | $ 264.34 | $ 12,641.57 | | | $ 5,816.58 | | $ 3,502.67 | | $ 2,808.35 | $ 264.34 | $ 540.75 | |
| 04/21/21 | $ 29.35 | $ 12,612.22 | | | $ 5,816.58 | | $ 3,502.67 | | $ 2,808.35 | $ 29.35 | $ 570.10 | |
| 05/25/21 | $ 296.47 | $ 12,315.75 | | | $ 5,816.58 | | $ 3,502.67 | | $ 2,808.35 | $ 296.47 | $ 866.57 | |
| 05/25/21 | $ 32.90 | $ 12,282.85 | | | $ 5,816.58 | | $ 3,502.67 | | $ 2,808.35 | $ 32.90 | $ 899.47 | |
| 06/22/21 | $ 296.48 | $ 11,986.37 | | | $ 5,816.58 | | $ 3,502.67 | | $ 2,808.35 | $ 296.48 | $ 1,195.95 | |
| 06/22/21 | $ 32.90 | $ 11,953.47 | | | $ 5,816.58 | | $ 3,502.67 | | $ 2,808.35 | $ 32.90 | $ 1,228.85 | |
| 06/22/21 | | $ 11,953.47 | 07/01/18 | $ 415.47 | $ 5,401.11 | $ 263.68 | $ 3,238.99 | | $ 2,808.35 | $ (679.15) | $ 549.70 | |
| 07/20/21 | $ 301.41 | $ 11,652.06 | | | $ 5,401.11 | | $ 3,238.99 | | $ 2,808.35 | $ 301.41 | $ 851.11 | |
| 07/20/21 | $ 33.46 | $ 11,618.60 | | | $ 5,401.11 | | $ 3,238.99 | | $ 2,808.35 | $ 33.46 | $ 884.57 | |
| 08/24/21 | $ 299.72 | $ 11,318.88 | | | $ 5,401.11 | | $ 3,238.99 | | $ 2,808.35 | $ 299.72 | $ 1,184.29 | |
| 08/24/21 | $ 33.26 | $ 11,285.62 | | | $ 5,401.11 | | $ 3,238.99 | | $ 2,808.35 | $ 33.26 | $ 1,217.55 | |
| 09/20/21 | $ 299.73 | $ 10,985.89 | | | $ 5,401.11 | | $ 3,238.99 | | $ 2,808.35 | $ 299.73 | $ 1,517.28 | |
| 09/20/21 | $ 33.26 | $ 10,952.63 | | | $ 5,401.11 | | $ 3,238.99 | | $ 2,808.35 | $ 33.26 | $ 1,550.54 | |
| 10/19/21 | $ 271.92 | $ 10,680.71 | | | $ 5,401.11 | | $ 3,238.99 | | $ 2,808.35 | $ 271.92 | $ 1,822.46 | |
| 10/19/21 | $ 30.19 | $ 10,650.52 | | | $ 5,401.11 | | $ 3,238.99 | | $ 2,808.35 | $ 30.19 | $ 1,852.65 | |
| 10/20/21 | | $ 10,650.52 | 08/01/18 | $ 415.47 | $ 4,985.64 | $ 398.63 | $ 2,840.36 | | $ 2,808.35 | $ (814.10) | $ 1,038.55 | |
| 11/22/21 | $ 275.50 | $ 10,375.02 | | | $ 4,985.64 | | $ 2,840.36 | | $ 2,808.35 | $ 275.50 | $ 1,314.05 | |
| 11/22/21 | $ 30.57 | $ 10,344.45 | | | $ 4,985.64 | | $ 2,840.36 | | $ 2,808.35 | $ 30.57 | $ 1,344.62 | |
| 12/21/21 | $ 271.93 | $ 10,072.52 | | | $ 4,985.64 | | $ 2,840.36 | | $ 2,808.35 | $ 271.93 | $ 1,616.55 | |
| 12/21/21 | $ 30.18 | $ 10,042.34 | | | $ 4,985.64 | | $ 2,840.36 | | $ 2,808.35 | $ 30.18 | $ 1,646.73 | |
| 01/25/22 | $ 275.50 | $ 9,766.84 | | | $ 4,985.64 | | $ 2,840.36 | | $ 2,808.35 | $ 275.50 | $ 1,922.23 | |
| 01/25/22 | $ 30.58 | $ 9,736.26 | | | $ 4,985.64 | | $ 2,840.36 | | $ 2,808.35 | $ 30.58 | $ 1,952.81 | |
| 02/23/22 | $ 361.50 | $ 9,374.76 | | | $ 4,985.64 | | $ 2,840.36 | | $ 2,808.35 | $ 361.50 | $ 2,314.31 | |
| 02/23/22 | $ 40.11 | $ 9,334.65 | | | $ 4,985.64 | | $ 2,840.36 | | $ 2,808.35 | $ 40.11 | $ 2,354.42 | |
| 02/23/22 | | $ 9,334.65 | 09/01/18 | $ 415.47 | $ 4,570.17 | $ 398.63 | $ 2,441.73 | | $ 2,808.35 | $ (814.10) | $ 1,540.32 | |
| 02/23/22 | | $ 9,334.65 | 10/01/18 | $ 415.47 | $ 4,154.70 | $ 398.63 | $ 2,043.10 | | $ 2,808.35 | $ (814.10) | $ 726.22 | |
| 03/22/22 | $ 185.92 | $ 9,148.73 | | | $ 4,154.70 | | $ 2,043.10 | | $ 2,808.35 | $ 185.92 | $ 912.14 | |
| 03/22/22 | $ 20.64 | $ 9,128.09 | | | $ 4,154.70 | | $ 2,043.10 | | $ 2,808.35 | $ 20.64 | $ 932.78 | |
| 04/19/22 | $ 275.50 | $ 8,852.59 | | | $ 4,154.70 | | $ 2,043.10 | | $ 2,808.35 | $ 275.50 | $ 1,208.28 | |
| 04/19/22 | $ 30.58 | $ 8,822.01 | | | $ 4,154.70 | | $ 2,043.10 | | $ 2,808.35 | $ 30.58 | $ 1,238.86 | |
| 05/23/22 | $ 275.50 | $ 8,546.51 | | | $ 4,154.70 | | $ 2,043.10 | | $ 2,808.35 | $ 275.50 | $ 1,514.36 | |
| 05/23/22 | $ 30.58 | $ 8,515.93 | | | $ 4,154.70 | | $ 2,043.10 | | $ 2,808.35 | $ 30.58 | $ 1,544.94 | |
| 05/23/22 | | $ 8,515.93 | | | $ 4,154.70 | $ 299.13 | $ 1,743.97 | | $ 2,808.35 | $ (299.13) | $ 1,245.81 | |
| 05/24/22 | | $ 8,515.93 | | | $ 4,154.70 | $ 469.68 | $ 1,274.29 | | $ 2,808.35 | $ (469.68) | $ 776.13 | |
| 06/22/22 | $ 275.50 | $ 8,240.43 | | | $ 4,154.70 | | $ 1,274.29 | | $ 2,808.35 | $ 275.50 | $ 1,051.63 | |
| 06/22/22 | $ 30.57 | $ 8,209.86 | | | $ 4,154.70 | | $ 1,274.29 | | $ 2,808.35 | $ 30.57 | $ 1,082.20 | |
| 06/22/22 | | $ 8,209.86 | | | $ 4,154.70 | $ 61.15 | $ 1,213.14 | | $ 2,808.35 | $ (61.15) | $ 1,021.05 | |
| 06/22/22 | | $ 8,209.86 | | | $ 4,154.70 | | $ 1,213.14 | | $ 2,808.35 | $ - | $ 1,021.05 | |
| 06/23/22 | | $ 8,209.86 | | | $ 4,154.70 | $ 275.50 | $ 937.64 | | $ 2,808.35 | $ (275.50) | $ 745.55 | |
| 06/23/22 | | $ 8,209.86 | | | $ 4,154.70 | $ 30.58 | $ 907.06 | | $ 2,808.35 | $ (30.58) | $ 714.97 | |
| 07/19/22 | $ 342.72 | $ 7,867.14 | | | $ 4,154.70 | | $ 907.06 | | $ 2,808.35 | $ 342.72 | $ 1,057.69 | |
| 07/19/22 | $ 38.04 | $ 7,829.10 | | | $ 4,154.70 | | $ 907.06 | | $ 2,808.35 | $ 38.04 | $ 1,095.73 | |
| 07/19/22 | | $ 7,829.10 | | | $ 4,154.70 | $ 38.04 | $ 869.02 | | $ 2,808.35 | $ (38.04) | $ 1,057.69 | |
| 07/19/22 | | $ 7,829.10 | | | $ 4,154.70 | $ 342.72 | $ 526.30 | | $ 2,808.35 | $ (342.72) | $ 714.97 | |
| 08/23/22 | $ 361.80 | $ 7,467.30 | | | $ 4,154.70 | | $ 526.30 | | $ 2,808.35 | $ 361.80 | $ 1,076.77 | |
| 08/23/22 | $ 40.15 | $ 7,427.15 | | | $ 4,154.70 | | $ 526.30 | | $ 2,808.35 | $ 40.15 | $ 1,116.92 | |
| 08/24/22 | | $ 7,427.15 | | | $ 4,154.70 | $ 361.80 | $ 164.50 | | $ 2,808.35 | $ (361.80) | $ 755.12 | |
| 08/24/22 | | $ 7,427.15 | | | $ 4,154.70 | $ 40.15 | $ 124.35 | | $ 2,808.35 | $ (40.15) | $ 714.97 | |
| 09/20/22 | $ 361.80 | $ 7,065.35 | | | $ 4,154.70 | | $ 124.35 | | $ 2,808.35 | $ 361.80 | $ 1,076.77 | |
| 09/20/22 | $ 40.16 | $ 7,025.19 | | | $ 4,154.70 | | $ 124.35 | | $ 2,808.35 | $ 40.16 | $ 1,116.93 | |
| 09/20/22 | | $ 7,025.19 | | | $ 4,154.70 | $ 40.16 | $ 84.19 | | $ 2,808.35 | $ (40.16) | $ 1,076.77 | |
| 09/20/22 | | $ 7,025.19 | | | $ 4,154.70 | $ 159.04 | $ (74.85) | | $ 2,808.35 | $ (159.04) | $ 917.73 | |
| 09/20/22 | | $ 7,025.19 | | | $ 4,154.70 | $ 202.76 | $ (277.61) | | $ 2,808.35 | $ (202.76) | $ 714.97 | |
| 10/25/22 | $ 311.38 | $ 6,713.81 | | | $ 4,154.70 | | $ (277.61) | | $ 2,808.35 | $ 311.38 | $ 1,026.35 | |
| 10/25/22 | $ 34.55 | $ 6,679.26 | | | $ 4,154.70 | | $ (277.61) | | $ 2,808.35 | $ 34.55 | $ 1,060.90 | |
| 10/25/22 | | $ 6,679.26 | | | $ 4,154.70 | $ 34.55 | $ (312.16) | | $ 2,808.35 | $ (34.55) | $ 1,026.35 | |
| 10/25/22 | | $ 6,679.26 | | | $ 4,154.70 | $ 311.38 | $ (623.54) | | $ 2,808.35 | $ (311.38) | $ 714.97 | |
| 12/08/22 | $ 311.39 | $ 6,367.87 | | | $ 4,154.70 | | $ (623.54) | | $ 2,808.35 | $ 311.39 | $ 1,026.36 | |
| 12/08/22 | $ 34.56 | $ 6,333.31 | | | $ 4,154.70 | | $ (623.54) | | $ 2,808.35 | $ 34.56 | $ 1,060.92 | |
| 12/21/22 | $ 311.38 | $ 6,021.93 | | | $ 4,154.70 | | $ (623.54) | | $ 2,808.35 | $ 311.38 | $ 1,372.30 | |
| 12/21/22 | $ 34.56 | $ 5,987.37 | | | $ 4,154.70 | | $ (623.54) | | $ 2,808.35 | $ 34.56 | $ 1,406.86 | |
| 12/21/22 | | $ 5,987.37 | | | $ 4,154.70 | $ 311.39 | $ (934.93) | | $ 2,808.35 | $ (311.39) | $ 1,095.47 | |
| 12/21/22 | | $ 5,987.37 | | | $ 4,154.70 | $ 311.38 | $ (1,246.31) | | $ 2,808.35 | $ (311.38) | $ 784.09 | |
| 12/21/22 | | $ 5,987.37 | | | $ 4,154.70 | $ 34.56 | $ (1,280.87) | | $ 2,808.35 | $ (34.56) | $ 749.53 | |
| 12/21/22 | | $ 5,987.37 | | | $ 4,154.70 | $ 34.56 | $ (1,315.43) | | $ 2,808.35 | $ (34.56) | $ 714.97 | |
| 01/24/23 | $ 311.39 | $ 5,675.98 | | | $ 4,154.70 | | $ (1,315.43) | | $ 2,808.35 | $ 311.39 | $ 1,026.36 | |
| 01/24/23 | $ 34.56 | $ 5,641.42 | | | $ 4,154.70 | | $ (1,315.43) | | $ 2,808.35 | $ 34.56 | $ 1,060.92 | |
| 01/24/23 | | $ 5,641.42 | | | $ 4,154.70 | $ 34.56 | $ (1,349.99) | | $ 2,808.35 | $ (34.56) | $ 1,026.36 | |
| 01/24/23 | | $ 5,641.42 | | | $ 4,154.70 | $ 311.39 | $ (1,661.38) | | $ 2,808.35 | $ (311.39) | $ 714.97 | |
| 02/22/23 | $ 311.38 | $ 5,330.04 | | | $ 4,154.70 | | $ (1,661.38) | | $ 2,808.35 | $ 311.38 | $ 1,026.35 | |
| 02/22/23 | $ 34.55 | $ 5,295.49 | | | $ 4,154.70 | | $ (1,661.38) | | $ 2,808.35 | $ 34.55 | $ 1,060.90 | |
| 02/22/23 | | $ 5,295.49 | | | $ 4,154.70 | $ 34.55 | $ (1,695.93) | | $ 2,808.35 | $ (34.55) | $ 1,026.35 | |
| 02/22/23 | | $ 5,295.49 | | | $ 4,154.70 | $ 311.38 | $ (2,007.31) | | $ 2,808.35 | $ (311.38) | $ 714.97 | |
| 03/22/23 | $ 311.38 | $ 4,984.11 | | | $ 4,154.70 | | $ (2,007.31) | | $ 2,808.35 | $ 311.38 | $ 1,026.35 | |
| 03/22/23 | $ 34.57 | $ 4,949.54 | | | $ 4,154.70 | | $ (2,007.31) | | $ 2,808.35 | $ 34.57 | $ 1,060.92 | |
| 03/22/23 | | $ 4,949.54 | | | $ 4,154.70 | $ 243.30 | $ (2,250.61) | | $ 2,808.35 | $ (243.30) | $ 817.62 | |
| 03/22/23 | | $ 4,949.54 | | | $ 4,154.70 | | $ (2,250.61) | $ 16.52 | $ 2,791.83 | $ (16.52) | $ 801.10 | |
| 03/22/23 | | $ 4,949.54 | | | $ 4,154.70 | | $ (2,250.61) | $ 18.05 | $ 2,773.78 | $ (18.05) | $ 783.05 | |
| 03/22/23 | | $ 4,949.54 | | | $ 4,154.70 | | $ (2,250.61) | $ 68.08 | $ 2,705.70 | $ (68.08) | $ 714.97 | |
| 04/25/23 | $ 311.39 | $ 4,638.15 | | | $ 4,154.70 | | $ (2,250.61) | | $ 2,705.70 | $ 311.39 | $ 1,026.36 | |
| 04/25/23 | $ 34.55 | $ 4,603.60 | | | $ 4,154.70 | | $ (2,250.61) | | $ 2,705.70 | $ 34.55 | $ 1,060.91 | |
| 04/25/23 | | $ 4,603.60 | | | $ 4,154.70 | | $ (2,250.61) | $ 34.55 | $ 2,671.15 | $ (34.55) | $ 1,026.36 | |
| 04/25/23 | | $ 4,603.60 | | | $ 4,154.70 | | $ (2,250.61) | $ 311.39 | $ 2,359.76 | $ (311.39) | $ 714.97 | |

| Date | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/23/23 | $ | 311.38 | $ | 4,292.22 | | | $ | 4,154.70 | | | $ | (2,250.61) | | | $ | 2,359.76 | $ | 311.38 | $ | 1,026.35 | |
| 05/23/23 | $ | 34.57 | $ | 4,257.65 | | | $ | 4,154.70 | | | $ | (2,250.61) | | | $ | 2,359.76 | $ | 34.57 | $ | 1,060.92 | |
| 05/23/23 | | | $ | 4,257.65 | | | $ | 4,154.70 | | | $ | (2,250.61) | $ | 311.38 | $ | 2,048.38 | $ | (311.38) | $ | 749.54 | |
| 06/21/23 | $ | 348.95 | $ | 3,908.70 | | | $ | 4,154.70 | | | $ | (2,250.61) | | | $ | 2,048.38 | $ | 348.95 | $ | 1,098.49 | |
| 06/21/23 | $ | 38.72 | $ | 3,869.98 | | | $ | 4,154.70 | | | $ | (2,250.61) | | | $ | 2,048.38 | $ | 38.72 | $ | 1,137.21 | |
| 06/21/23 | | | $ | 3,869.98 | | | $ | 4,154.70 | | | $ | (2,250.61) | $ | 348.95 | $ | 1,699.43 | $ | (348.95) | $ | 788.26 | |
| 06/21/23 | | | $ | 3,869.98 | | | $ | 4,154.70 | | | $ | (2,250.61) | $ | 38.72 | $ | 1,660.71 | $ | (38.72) | $ | 749.54 | |
| 07/05/23 | | | $ | 3,869.98 | | | $ | 4,154.70 | $ | (392.74) | $ | (1,857.87) | | | $ | 1,660.71 | $ | 392.74 | $ | 1,142.28 | |
| 07/20/23 | $ | 347.45 | $ | 3,522.53 | | | $ | 4,154.70 | | | $ | (1,857.87) | | | $ | 1,660.71 | $ | 347.45 | $ | 1,489.73 | |
| 07/20/23 | $ | 38.56 | $ | 3,483.97 | | | $ | 4,154.70 | | | $ | (1,857.87) | | | $ | 1,660.71 | $ | 38.56 | $ | 1,528.29 | |
| 07/21/23 | | | $ | 3,483.97 | | | $ | 4,154.70 | | | $ | (1,857.87) | $ | 38.56 | $ | 1,622.15 | $ | (38.56) | $ | 1,489.73 | |
| 07/21/23 | | | $ | 3,483.97 | | | $ | 4,154.70 | | | $ | (1,857.87) | $ | 347.45 | $ | 1,274.70 | $ | (347.45) | $ | 1,142.28 | |
| 08/15/23 | $ | 350.05 | $ | 3,133.92 | | | $ | 4,154.70 | | | $ | (1,857.87) | | | $ | 1,274.70 | $ | 350.05 | $ | 1,492.33 | |
| 08/15/23 | $ | 38.85 | $ | 3,095.07 | | | $ | 4,154.70 | | | $ | (1,857.87) | | | $ | 1,274.70 | $ | 38.85 | $ | 1,531.18 | |
| 08/16/23 | | | $ | 3,095.07 | 11/01/18 | $ | 415.47 | $ | 3,739.23 | $ | 294.53 | $ | (2,152.40) | $ | 350.05 | $ | 924.65 | $ | (1,060.05) | $ | 471.13 | |
| 08/16/23 | | | $ | 3,095.07 | | | $ | 3,739.23 | | | $ | (2,152.40) | $ | 38.85 | $ | 885.80 | $ | (38.85) | $ | 432.28 | |
| 09/27/23 | $ | 383.00 | $ | 2,712.07 | | | $ | 3,739.23 | | | $ | (2,152.40) | | | $ | 885.80 | $ | 383.00 | $ | 815.28 | |
| 09/27/23 | $ | 42.51 | $ | 2,669.56 | | | $ | 3,739.23 | | | $ | (2,152.40) | | | $ | 885.80 | $ | 42.51 | $ | 857.79 | |
| 09/27/23 | | | $ | 2,669.56 | | | $ | 3,739.23 | | | $ | (2,152.40) | $ | 42.51 | $ | 843.29 | $ | (42.51) | $ | 815.28 | |
| 09/27/23 | | | $ | 2,669.56 | | | $ | 3,739.23 | | | $ | (2,152.40) | $ | 277.05 | $ | 566.24 | $ | (277.05) | $ | 538.23 | |
| 09/27/23 | | | $ | 2,669.56 | | | $ | 3,739.23 | | | $ | (2,152.40) | $ | 105.95 | $ | 460.29 | $ | (105.95) | $ | 432.28 | |
| 10/24/23 | $ | 300.63 | $ | 2,368.93 | | | $ | 3,739.23 | | | $ | (2,152.40) | | | $ | 460.29 | $ | 300.63 | $ | 732.91 | |
| 10/25/23 | $ | 33.36 | $ | 2,335.57 | | | $ | 3,739.23 | | | $ | (2,152.40) | | | $ | 460.29 | $ | 33.36 | $ | 766.27 | |
| 10/25/23 | | | $ | 2,335.57 | | | $ | 3,739.23 | | | $ | (2,152.40) | $ | 91.54 | $ | 368.75 | $ | (91.54) | $ | 674.73 | |
| 10/25/23 | | | $ | 2,335.57 | | | $ | 3,739.23 | | | $ | (2,152.40) | $ | 209.09 | $ | 159.66 | $ | (209.09) | $ | 465.64 | |
| 10/25/23 | | | $ | 2,335.57 | | | $ | 3,739.23 | | | $ | (2,152.40) | $ | 33.36 | $ | 126.30 | $ | (33.36) | $ | 432.28 | |
| 11/22/23 | $ | 383.00 | $ | 1,952.57 | | | $ | 3,739.23 | | | $ | (2,152.40) | | | $ | 126.30 | $ | 383.00 | $ | 815.28 | |
| 11/22/23 | $ | 42.51 | $ | 1,910.06 | | | $ | 3,739.23 | | | $ | (2,152.40) | | | $ | 126.30 | $ | 42.51 | $ | 857.79 | |
| 11/22/23 | | | $ | 1,910.06 | | | $ | 3,739.23 | | | $ | (2,152.40) | $ | 42.51 | $ | 83.79 | $ | (42.51) | $ | 815.28 | |
| 11/22/23 | | | $ | 1,910.06 | | | $ | 3,739.23 | | | $ | (2,152.40) | $ | 383.00 | $ | (299.21) | $ | (383.00) | $ | 432.28 | |
| 11/30/23 | | | $ | 1,910.06 | | | $ | 3,739.23 | $ | (227.97) | $ | (1,924.43) | | | $ | (299.21) | $ | 227.97 | $ | 660.25 | |
| 12/29/23 | $ | 218.25 | $ | 1,691.81 | | | $ | 3,739.23 | | | $ | (1,924.43) | | | $ | (299.21) | $ | 218.25 | $ | 878.50 | |
| 12/29/23 | $ | 24.22 | $ | 1,667.59 | | | $ | 3,739.23 | | | $ | (1,924.43) | | | $ | (299.21) | $ | 24.22 | $ | 902.72 | |
| 12/29/23 | | | $ | 1,667.59 | | | $ | 3,739.23 | | | $ | (1,924.43) | $ | 218.25 | $ | (517.46) | $ | (218.25) | $ | 684.47 | |
| 12/29/23 | | | $ | 1,667.59 | | | $ | 3,739.23 | | | $ | (1,924.43) | $ | 24.22 | $ | (541.68) | $ | (24.22) | $ | 660.25 | |
| 01/19/24 | $ | 383.00 | $ | 1,284.59 | | | $ | 3,739.23 | | | $ | (1,924.43) | | | $ | (541.68) | $ | 383.00 | $ | 1,043.25 | |
| 01/19/24 | $ | 42.51 | $ | 1,242.08 | | | $ | 3,739.23 | | | $ | (1,924.43) | | | $ | (541.68) | $ | 42.51 | $ | 1,085.76 | |
| 01/19/24 | | | $ | 1,242.08 | | | $ | 3,739.23 | | | $ | (1,924.43) | $ | 383.00 | $ | (924.68) | $ | (383.00) | $ | 702.76 | |
| 02/21/24 | $ | 300.63 | $ | 941.45 | | | $ | 3,739.23 | | | $ | (1,924.43) | | | $ | (924.68) | $ | 300.63 | $ | 1,003.39 | |
| 02/21/24 | $ | 33.36 | $ | 908.09 | | | $ | 3,739.23 | | | $ | (1,924.43) | | | $ | (924.68) | $ | 33.36 | $ | 1,036.75 | |
| 02/21/24 | | | $ | 908.09 | | | $ | 3,739.23 | | | $ | (1,924.43) | $ | 300.63 | $ | (1,225.31) | $ | (300.63) | $ | 736.12 | |
| 02/27/24 | | | $ | 908.09 | | | $ | 3,739.23 | $ | (199.85) | $ | (1,724.58) | | | $ | (1,225.31) | $ | 199.85 | $ | 935.97 | |
| 03/19/24 | $ | 300.62 | $ | 607.47 | | | $ | 3,739.23 | | | $ | (1,724.58) | | | $ | (1,225.31) | $ | 300.62 | $ | 1,236.59 | |
| 03/19/24 | $ | 33.37 | $ | 574.10 | | | $ | 3,739.23 | | | $ | (1,724.58) | | | $ | (1,225.31) | $ | 33.37 | $ | 1,269.96 | |
| 03/19/24 | | | $ | 574.10 | | | $ | 3,739.23 | | | $ | (1,724.58) | $ | 216.89 | $ | (1,442.20) | $ | (216.89) | $ | 1,053.07 | |
| 03/19/24 | | | $ | 574.10 | | | $ | 3,739.23 | | | $ | (1,724.58) | $ | 83.73 | $ | (1,525.93) | $ | (83.73) | $ | 969.34 | |
| 04/23/24 | $ | 300.63 | $ | 273.47 | | | $ | 3,739.23 | | | $ | (1,724.58) | | | $ | (1,525.93) | $ | 300.63 | $ | 1,269.97 | |
| 04/23/24 | $ | 33.36 | $ | 240.11 | | | $ | 3,739.23 | | | $ | (1,724.58) | | | $ | (1,525.93) | $ | 33.36 | $ | 1,303.33 | |
| 04/23/24 | | | $ | 240.11 | | | $ | 3,739.23 | | | $ | (1,724.58) | $ | 156.27 | $ | (1,682.20) | $ | (156.27) | $ | 1,147.06 | |
| 04/23/24 | | | $ | 240.11 | | | $ | 3,739.23 | | | $ | (1,724.58) | $ | 51.30 | $ | (1,733.50) | $ | (51.30) | $ | 1,095.76 | |
| 05/29/24 | $ | 216.12 | $ | 23.99 | | | $ | 3,739.23 | | | $ | (1,724.58) | | | $ | (1,733.50) | $ | 216.12 | $ | 1,311.88 | |
| 05/29/24 | $ | 23.99 | $ | (0.00) | | | $ | 3,739.23 | | | $ | (1,724.58) | | | $ | (1,733.50) | $ | 23.99 | $ | 1,335.87 | |
| 09/26/24 | | | $ | (0.00) | | | $ | 3,739.23 | $ | (5,015.98) | $ | 3,291.40 | | | $ | (1,733.50) | $ | 5,015.98 | $ | 6,351.85 | |
| 09/27/24 | | | $ | (0.00) | 12/01/18 | $ | 415.47 | $ | 3,323.76 | $ | 326.09 | $ | 2,965.31 | | | $ | (1,733.50) | $ | (741.56) | $ | 5,610.29 | |
| 09/27/24 | | | $ | (0.00) | 01/01/19 | $ | 415.47 | $ | 2,908.29 | $ | 326.09 | $ | 2,639.22 | | | $ | (1,733.50) | $ | (741.56) | $ | 4,868.73 | |
| 09/27/24 | | | $ | (0.00) | 02/01/19 | $ | 415.47 | $ | 2,492.82 | $ | 326.09 | $ | 2,313.13 | | | $ | (1,733.50) | $ | (741.56) | $ | 4,127.17 | |
| 09/27/24 | | | $ | (0.00) | 03/01/19 | $ | 415.47 | $ | 2,077.35 | $ | 326.09 | $ | 1,987.04 | | | $ | (1,733.50) | $ | (741.56) | $ | 3,385.61 | |
| 09/27/24 | | | $ | (0.00) | 04/01/19 | $ | 415.47 | $ | 1,661.88 | $ | 326.09 | $ | 1,660.95 | | | $ | (1,733.50) | $ | (741.56) | $ | 2,644.05 | |
| 09/27/24 | | | $ | (0.00) | 05/01/19 | $ | 415.47 | $ | 1,246.41 | $ | 326.09 | $ | 1,334.86 | | | $ | (1,733.50) | $ | (741.56) | $ | 1,902.49 | |
| 09/27/24 | | | $ | (0.00) | 06/01/19 | $ | 415.47 | $ | 830.94 | $ | 326.09 | $ | 1,008.77 | | | $ | (1,733.50) | $ | (741.56) | $ | 1,160.93 | |
| **09/30/24** | | | $ | (0.00) | 07/01/19 | $ | 415.47 | $ | 415.47 | $ | 326.09 | $ | 682.68 | | | $ | (1,733.50) | $ | (741.56) | $ | 419.37 | |
| **09/30/24** | | | $ | (0.00) | 08/01/19 | $ | 415.47 | $ | (0.00) | $ | 326.09 | $ | 356.59 | | | $ | (1,733.50) | $ | (741.56) | $ | (322.19) | |
| | | | $ | (0.00) | | | $ | (0.00) | | | $ | 356.59 | | | $ | (1,733.50) | $ | - | $ | (322.19) | |
| | | | $ | (0.00) | | | $ | (0.00) | $ | (322.19) | $ | 678.78 | | | $ | (1,733.50) | $ | 322.19 | $ | - | Moved to post |
| | | | $ | (0.00) | | | $ | (0.00) | | | $ | 678.78 | | | $ | (1,733.50) | $ | - | $ | - | |
| | | | $ | (0.00) | | | $ | (0.00) | | | $ | 678.78 | | | $ | (1,733.50) | $ | - | $ | - | |
| | | | $ | (0.00) | | | $ | (0.00) | | | $ | 678.78 | | | $ | (1,733.50) | $ | - | $ | - | |

## Motion For Relief Information
### Post-Petition Ledger

| Filed By: | CHRISTIAN RAMO 0 | Payment Changes | | | |
|---|---|---|---|---|---|
| | | From Date | To Date | Total Amount | P&I Total |
| Case Number: | 1902495 | 7/1/2019 | 6/1/2020 | $679.15 | $415.47 |
| Filing Date: | 06/07/19 | 7/1/2020 | 6/1/2021 | $814.10 | $415.47 |
| Payments in POC | $5,401.11 | 7/1/2021 | 6/1/2022 | $733.16 | $415.47 |
| Last Post Due Date | 07/01/19 | 7/1/2022 | 6/1/2023 | $710.00 | $415.47 |
| | | 7/1/2023 | 6/1/2024 | $741.56 | $415.47 |
| | | 7/1/2024 | | $743.20 | $415.47 |

| Date | Amount Received | Applied To | Post Petition Amount Due | Post Suspense Balance | Comments | Applied (P&I and | Escrow Applied | Fees/Costs/Corp Applied | Payment Suspense | Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | $ - | | | | | $ - | $ - |
| | | | | $ - | | | | | $ - | $ - |
| | | | | $ - | | | | | $ - | $ - |
| | | | | $ - | | | | | $ - | $ - |
| | | | | $ - | | | | | $ - | $ - |
| 08/13/19 | $ 679.15 | 09/01/19 | $ 679.15 | $ - | | | | | $ 679.15 | $ 679.15 |
| 12/17/19 | $ 679.15 | 10/01/19 | $ 679.15 | $ - | | | | | $ 679.15 | $ 1,358.30 |
| 12/17/19 | $ 679.15 | 11/01/19 | $ 679.15 | $ - | | | | | $ 679.15 | $ 2,037.45 |
| 12/17/19 | | | | $ - | | $ 415.47 | $ 334.82 | | $ (750.29) | $ 1,287.16 |
| 12/17/19 | | | | $ - | | $ 415.47 | $ 334.82 | | $ (750.29) | $ 536.87 |
| 02/19/20 | $ 679.15 | 12/01/19 | $ 679.15 | $ - | | | | | $ 679.15 | $ 1,216.02 |
| 02/19/20 | | | | $ - | | $ 415.47 | $ 334.82 | | $ (750.29) | $ 465.73 |
| 03/17/20 | $ 679.15 | 01/01/20 | $ 679.15 | $ - | | | | | $ 679.15 | $ 1,144.88 |
| 03/17/20 | $ 679.15 | 02/01/20 | $ 679.15 | $ - | | | | | $ 679.15 | $ 1,824.03 |
| 03/17/20 | | | | $ - | | $ 415.47 | $ 334.82 | | $ (750.29) | $ 1,073.74 |
| 03/17/20 | | | | $ - | | $ 415.47 | $ 334.82 | | $ (750.29) | $ 323.45 |
| 04/20/20 | $ 679.15 | 03/01/20 | $ 679.15 | $ - | | | | | $ 679.15 | $ 1,002.60 |
| 04/21/20 | | | | $ - | | $ 415.47 | $ 334.82 | | $ (750.29) | $ 252.31 |
| 05/12/20 | $ 679.15 | 04/01/20 | $ 679.15 | $ - | | | | | $ 679.15 | $ 931.46 |
| 05/13/20 | | | | $ - | | $ 415.47 | $ 299.16 | | $ (714.63) | $ 216.83 |
| 06/08/20 | $ 679.15 | 05/01/20 | $ 679.15 | $ - | | | | | $ 679.15 | $ 895.98 |
| 06/08/20 | | | | $ - | | $ 415.47 | $ 299.16 | | $ (714.63) | $ 181.35 |
| 07/13/20 | $ 814.10 | 06/01/20 | $ 679.15 | $ 134.95 | | | | | $ 814.10 | $ 995.45 |
| 07/14/20 | | | | $ 134.95 | | $ 415.47 | $ 299.16 | | $ (714.63) | $ 280.82 |
| 08/17/20 | $ 814.10 | 07/01/20 | $ 719.05 | $ 230.00 | | | | | $ 814.10 | $ 1,094.92 |
| 08/17/20 | | | | $ 230.00 | | $ 415.47 | $ 299.16 | | $ (714.63) | $ 380.29 |
| 09/22/20 | $ 814.10 | 08/01/20 | $ 814.10 | $ 230.00 | | | | | $ 814.10 | $ 1,194.39 |
| 09/22/20 | | | | $ 230.00 | | $ 415.47 | $ 299.16 | | $ (714.63) | $ 479.76 |
| 10/20/20 | $ 814.10 | 09/01/20 | $ 814.10 | $ 230.00 | | | | | $ 814.10 | $ 1,293.86 |
| 10/21/20 | | | | $ 230.00 | | $ 415.47 | $ 299.16 | | $ (714.63) | $ 579.23 |
| 11/09/20 | $ 814.10 | 10/01/20 | $ 814.10 | $ 230.00 | | | | | $ 814.10 | $ 1,393.33 |
| 11/09/20 | | | | $ 230.00 | | $ 415.47 | $ 299.16 | | $ (714.63) | $ 678.70 |
| 12/15/20 | $ 814.10 | 11/01/20 | $ 814.10 | $ 230.00 | | | | | $ 814.10 | $ 1,492.80 |
| 12/15/20 | | | | $ 230.00 | | $ 415.47 | $ 263.68 | | $ (679.15) | $ 813.65 |
| 01/25/21 | $ 814.10 | 12/01/20 | $ 814.10 | $ 230.00 | | | | | $ 814.10 | $ 1,627.75 |
| 01/25/21 | | | | $ 230.00 | | $ 415.47 | $ 263.68 | | $ (679.15) | $ 948.60 |
| 01/25/21 | | | | $ 230.00 | | $ 415.47 | $ 263.68 | | $ (679.15) | $ 269.45 |
| 02/24/21 | $ 814.10 | 01/01/21 | $ 814.10 | $ 230.00 | | | | | $ 814.10 | $ 1,083.55 |
| 02/24/21 | | | | $ 230.00 | | $ 415.47 | $ 263.68 | | $ (679.15) | $ 404.40 |
| 03/23/21 | $ 814.10 | 02/01/21 | $ 814.10 | $ 230.00 | | | | | $ 814.10 | $ 1,218.50 |
| 03/23/21 | | | | $ 230.00 | | $ 415.47 | $ 263.68 | | $ (679.15) | $ 539.35 |
| 04/21/21 | $ 814.10 | 03/01/21 | $ 814.10 | $ 230.00 | | | | | $ 814.10 | $ 1,353.45 |
| 04/21/21 | | | | $ 230.00 | | $ 415.47 | $ 263.68 | | $ (679.15) | $ 674.30 |
| 05/25/21 | $ 814.10 | 04/01/21 | $ 814.10 | $ 230.00 | | | | | $ 814.10 | $ 1,488.40 |
| 05/25/21 | | | | $ 230.00 | | $ 415.47 | $ 263.68 | | $ (679.15) | $ 809.25 |
| 06/22/21 | | | | $ 230.00 | | $ 415.47 | $ 263.68 | | $ (679.15) | $ 130.10 |
| 06/22/21 | $ 814.10 | 05/01/21 | $ 814.10 | $ 230.00 | | | | | $ 814.10 | $ 944.20 |
| 06/22/21 | | | | $ 230.00 | | $ 415.47 | $ 263.68 | | $ (679.15) | $ 265.05 |
| 07/20/21 | $ 733.16 | 06/01/21 | $ 814.10 | $ 149.06 | | | | | $ 733.16 | $ 998.21 |
| 07/20/21 | | | | $ 149.06 | | $ 415.47 | $ 263.68 | | $ (679.15) | $ 319.06 |
| 07/20/21 | | | | $ 149.06 | | $ 415.47 | $ 303.58 | | $ (719.05) | $ (399.99) |
| 08/31/21 | $ 733.16 | 07/01/21 | $ 733.16 | $ 149.06 | | | | | $ 733.16 | $ 333.17 |
| 08/31/21 | | | | $ 149.06 | | $ 415.47 | $ 398.63 | | $ (814.10) | $ (480.93) |
| 09/20/21 | $ 733.16 | 08/01/21 | $ 733.16 | $ 149.06 | | | | | $ 733.16 | $ 252.23 |
| 09/20/21 | | | | $ 149.06 | | $ 415.47 | $ 398.63 | | $ (814.10) | $ (561.87) |
| 10/19/21 | $ 733.16 | 09/01/21 | $ 733.16 | $ 149.06 | | | | | $ 733.16 | $ 171.29 |
| 10/20/21 | | | | $ 149.06 | | $ 415.47 | $ 398.63 | | $ (814.10) | $ (642.81) |
| 11/22/21 | $ 733.16 | 10/01/21 | $ 733.16 | $ 149.06 | | | | | $ 733.16 | $ 90.35 |

| Date | Amount | Date | Amount | Amount | | Amount | Amount | | Amount | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/21/21 | $ 733.16 | 11/01/21 | $ 733.16 | $ 149.06 | | | | | $ 733.16 | $ 823.51 | |
| 12/22/21 | | | | $ 149.06 | | $ 415.47 | $ 398.63 | | $ (814.10) | $ 9.41 | |
| 01/25/22 | $ 733.16 | 12/01/21 | $ 733.16 | $ 149.06 | | | | | $ 733.16 | $ 742.57 | |
| 01/25/22 | | | | $ 149.06 | | $ 415.47 | $ 398.63 | | $ (814.10) | $ (71.53) | |
| 01/25/22 | | | | $ 149.06 | | $ 415.47 | $ 398.63 | | $ (814.10) | $ (885.63) | |
| 02/23/22 | $ 733.16 | 01/01/22 | $ 733.16 | $ 149.06 | | | | | $ 733.16 | $ (152.47) | |
| 03/22/22 | $ 733.16 | 02/01/22 | $ 733.16 | $ 149.06 | | | | | $ 733.16 | $ 580.69 | |
| 03/22/22 | | | | $ 149.06 | | $ 415.47 | $ 398.63 | | $ (814.10) | $ (233.41) | |
| 04/19/22 | $ 733.16 | 03/01/22 | $ 733.16 | $ 149.06 | | | | | $ 733.16 | $ 499.75 | |
| 05/23/22 | | | | $ 149.06 | | $ 415.47 | $ 398.63 | | $ (814.10) | $ (314.35) | |
| 05/23/22 | $ 733.16 | 04/01/22 | $ 733.16 | $ 149.06 | | | | | $ 733.16 | $ 418.81 | |
| 05/23/22 | | | | $ 149.06 | | $ 415.47 | $ 317.69 | | $ (733.16) | $ (314.35) | |
| 06/22/22 | $ 733.16 | 05/01/22 | $ 733.16 | $ 149.06 | | | | | $ 733.16 | $ 418.81 | |
| 06/22/22 | | | | $ 149.06 | | $ 415.47 | $ 317.69 | | $ (733.16) | $ (314.35) | |
| 07/19/22 | $ 710.00 | 06/01/22 | $ 733.16 | $ 125.90 | | | | | $ 710.00 | $ 395.65 | |
| 07/19/22 | | | | $ 125.90 | | $ 415.47 | $ 317.69 | | $ (733.16) | $ (337.51) | |
| 08/23/22 | $ 710.00 | 07/01/22 | $ 710.00 | $ 125.90 | | | | | $ 710.00 | $ 372.49 | |
| 08/24/22 | | | | $ 125.90 | | $ 415.47 | $ 317.69 | | $ (733.16) | $ (360.67) | |
| 09/20/22 | $ 710.00 | 08/01/22 | $ 710.00 | $ 125.90 | | | | | $ 710.00 | $ 349.33 | |
| 09/20/22 | | | | $ 125.90 | | $ 415.47 | $ 317.69 | | $ (733.16) | $ (383.83) | |
| 10/25/22 | $ 710.00 | 09/01/22 | $ 710.00 | $ 125.90 | | | | | $ 710.00 | $ 326.17 | |
| 10/25/22 | | | | $ 125.90 | | $ 415.47 | $ 317.69 | | $ (733.16) | $ (406.99) | |
| 12/07/22 | $ 710.00 | 10/01/22 | $ 710.00 | $ 125.90 | | | | | $ 710.00 | $ 303.01 | |
| 12/08/22 | | | | $ 125.90 | | $ 415.47 | $ 317.69 | | $ (733.16) | $ (430.15) | |
| 12/20/22 | $ 710.00 | 11/01/22 | $ 710.00 | $ 125.90 | | | | | $ 710.00 | $ 279.85 | |
| 12/21/22 | | | | $ 125.90 | | $ 415.47 | $ 317.69 | | $ (733.16) | $ (453.31) | |
| 01/24/23 | $ 710.00 | 12/01/22 | $ 710.00 | $ 125.90 | | | | | $ 710.00 | $ 256.69 | |
| 01/24/23 | | | | $ 125.90 | | $ 415.47 | $ 317.69 | | $ (733.16) | $ (476.47) | |
| 02/22/23 | $ 710.00 | 01/01/23 | $ 710.00 | $ 125.90 | | | | | $ 710.00 | $ 233.53 | |
| 02/22/23 | | | | $ 125.90 | | $ 415.47 | $ 317.69 | | $ (733.16) | $ (499.63) | |
| 03/22/23 | $ 710.00 | 02/01/23 | $ 710.00 | $ 125.90 | | | | | $ 710.00 | $ 210.37 | |
| 03/22/23 | | | | $ 125.90 | | $ 415.47 | $ 317.69 | | $ (733.16) | $ (522.79) | |
| 04/25/23 | $ 710.00 | 03/01/23 | $ 710.00 | $ 125.90 | | | | | $ 710.00 | $ 187.21 | |
| 05/23/23 | $ 710.00 | 04/01/23 | $ 710.00 | $ 125.90 | | | | | $ 710.00 | $ 897.21 | |
| 05/24/23 | | | | $ 125.90 | | $ 415.47 | $ 317.69 | | $ (733.16) | $ 164.05 | |
| 06/21/23 | $ 710.00 | 05/01/23 | $ 710.00 | $ 125.90 | | $ 415.47 | $ 294.53 | | $ - | $ 164.05 | |
| 07/05/23 | | | | $ 125.90 | | | | | $ - | $ 164.05 | |
| 07/18/23 | $ 741.56 | 06/01/23 | $ 710.00 | $ 157.46 | | | | | $ 741.56 | $ 905.61 | |
| 07/18/23 | | | | $ 157.46 | | $ 415.47 | $ 294.53 | | $ (710.00) | $ 195.61 | |
| 08/15/23 | $ 741.56 | 07/01/23 | $ 741.56 | $ 157.46 | | | | | $ 741.56 | $ 937.17 | |
| 08/16/23 | | | | $ 157.46 | | $ 415.47 | $ 294.53 | | $ (710.00) | $ 227.17 | |
| 08/16/23 | | | | $ 157.46 | | | | | $ - | $ 227.17 | |
| 09/27/23 | $ 741.56 | 08/01/23 | $ 741.56 | $ 157.46 | | | | | $ 741.56 | $ 968.73 | |
| 09/27/23 | | | | $ 157.46 | | $ 415.47 | $ 294.53 | | $ (710.00) | $ 258.73 | |
| 10/25/23 | $ 741.56 | 09/01/23 | $ 741.56 | $ 157.46 | | | | | $ 741.56 | $ 1,000.29 | |
| 10/25/23 | | | | $ 157.46 | | $ 415.47 | $ 294.53 | | $ (710.00) | $ 290.29 | |
| 11/22/23 | $ 741.56 | 10/01/23 | $ 741.56 | $ 157.46 | | | | | $ 741.56 | $ 1,031.85 | |
| 11/22/23 | | | | $ 157.46 | | $ 415.47 | $ 294.53 | | $ (710.00) | $ 321.85 | |
| 11/30/23 | | | | $ 157.46 | | | | | $ - | $ 321.85 | |
| 12/29/23 | $ 741.56 | 11/01/23 | $ 741.56 | $ 157.46 | | | | | $ 741.56 | $ 1,063.41 | |
| 12/29/23 | | | | $ 157.46 | | $ 415.47 | $ 294.53 | | $ (710.00) | $ 353.41 | |
| 01/19/24 | $ 741.56 | 12/01/23 | $ 741.56 | $ 157.46 | | | | | $ 741.56 | $ 1,094.97 | |
| 01/25/24 | | | | $ 157.46 | | $ 415.47 | $ 294.53 | | $ (710.00) | $ 384.97 | |
| 02/21/24 | $ 741.56 | 01/01/24 | $ 741.56 | $ 157.46 | | | | | $ 741.56 | $ 1,126.53 | |
| 02/22/24 | | | | $ 157.46 | | $ 415.47 | $ 294.53 | | $ (710.00) | $ 416.53 | |
| 02/27/24 | | | | $ 157.46 | | | | | $ - | $ 416.53 | |
| 03/19/24 | $ 741.56 | 02/01/24 | $ 741.56 | $ 157.46 | | | | | $ 741.56 | $ 1,158.09 | |
| 03/19/24 | | | | $ 157.46 | | $ 415.47 | $ 294.53 | | $ (710.00) | $ 448.09 | |
| 04/23/24 | $ 741.56 | 03/01/24 | $ 741.56 | $ 157.46 | | | | | $ 741.56 | $ 1,189.65 | |
| 05/01/24 | | | | $ 157.46 | | $ 415.47 | $ 294.53 | | $ (710.00) | $ 479.65 | |
| 05/29/24 | $ 741.56 | 04/01/24 | $ 741.56 | $ 157.46 | | | | | $ 741.56 | $ 1,221.21 | |
| 06/03/24 | | | | $ 157.46 | | $ 415.47 | $ 326.09 | | $ (741.56) | $ 479.65 | |
| 06/25/24 | $ 741.56 | 05/01/24 | $ 741.56 | $ 157.46 | | | | | $ 741.56 | $ 1,221.21 | |
| 06/25/24 | | | | $ 157.46 | | $ 415.47 | $ 326.09 | | $ (741.56) | $ 479.65 | |
| 10/01/24 | $ 741.56 | 06/01/24 | $ 741.56 | $ 157.46 | | | | | $ 741.56 | $ 1,221.21 | |
| | | | | $ 157.46 | | | | $ 322.19 | $ (322.19) | $ 899.02 | |
| | | | | $ 157.46 | | **$ 415.47** | **$ 326.09** | | $ (741.56) | $ 157.46 | |
| | | | | $ 157.46 | | | | | $ - | $ 157.46 | |
| | | | | $ 157.46 | | | | | $ - | $ 157.46 | |
| | | | | $ 157.46 | | | | | $ - | $ 157.46 | |
| | | | | $ 157.46 | | | | | $ - | $ 157.46 | |
| | | | | $ 157.46 | | | | | $ - | $ 157.46 | |